# United States District Court

Northern District of New York

## CIVIL JUDGMENT

**ROBERT M. WEICHERT**

                              **Plaintiff**

                         **VS.**                          **5:05-CV-907 (FJS) (GHL)**

**SHAMY TOMMIE, Individually and d/b/a TOMAHAWK FIBERGLASS REPAIR a/k/a TOMA HAWK MARINE REPAIR**

                             **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendant's motion to dismiss plaintiff's claim because the Court lacks personal jurisdiction is granted.  The plaintiff's request for recusal is denied and the action is dismissed for lack of subject-matter and personal jurisdiction.  Judgment is hereby entered in favor of the defendant and against the plaintiff.

All of the above pursuant to the Order of the Honorable Senior Judge Frederick J. Scullin, Jr., dated the 21st day of December, 2006.

**DECEMBER 22, 2006**                              **LAWRENCE K. BAERMAN**

_____        _____

**DATE**                                             **CLERK OF COURT**

                                                               s/

                                                           _____

                                                           **JOANNE BLESKOSKI**
                                                          **DEPUTY CLERK**